.

LAFARRAH LEE GHOLAR
PO BOX 997
PRENTISS, MS 39474

FIRST ELECTRONIC BANK
ATTN: BANKRUPTCY
PO BOX 521271
SALT LAKE CITY, UT 84152

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

GOODLEAP LLC.
1410 SW MORRISON ST
PORTLAND, OR 97205

SYNCHRONY BANK
ATTN: BANKRUPTCY
POB 965064
ORLANDO, FL 32896

1ST FRANKLIN
803 US HWY 98 STE B
COLUMBIA, MS 39429

JAVIA NEWSOME
2800 RIVERVIEW RD
APT 104
BIRMINGHAM, AL 35242

TARGET
PO BOX 9475
MINNEAPOLIS, MN 55440

AIDVANTAGE
ATTN: BANKRUPTCY
PO BOX 300001
GREENVILLE, TX 75403

MIDLAND FUDING
2365 NORTHSIDE DRIVE
STE 300
SAN DIEGO, CA 92108

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

BANK OF AMERICA
ATTN: BANKRUPTCY
POB 26012
GREENSBORO, NC 27410

NELNET
PO BOX 82561
LINCOLN, NE 68501

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

NEW FOUND RENTALS
3262 WESTHEIMER RD
HOUSTON, TX 77098

COMENITY BAN
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

NISSAN MOTOR ACCEPTANC
PO BOX 78132
PHOENIX, AZ 85062-8132

COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

REPUBLIC FINANCE
785 US HWY 98
COLUMBIA, MS 39429

DILLARDS
PO BOX 6497
SIOUX FALLS, SD 57117

SANTANDER CONSUMER
ATTN: BANKRUPTCY
PO BOX 961245
FORT WORTH, TX 76161