# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1N4BL4CV1PN424742 | NISS | 2023 | ALTIMA | SD | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 12/13/2023 | 10/10/2023 | 4 | NEW | PC | 4 ACTUAL |

**OWNER(S)**
GHOLAR, LAFARRAH LEE
56 MOUNCE RD
PRENTISS MS 39474-5150

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**
SANTANDER CONSUMER USA
PO BOX 961288
FORT WORTH TX 76161-0288

**DATE** 10/10/2023

**2ND LIENHOLDER**

**DATE**

**MAIL TO**

SANTANDER CONSUMER USA
PO BOX 961288
FORT WORTH  TX 76161-0288

---

LIEN SATISFACTION  THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN _____ BY _____
             (LIENHOLDER)                                          (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
             (LIENHOLDER)                                          (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS
THE 13TH  DAY OF DECEMBER  20 23

The Mississippi Department of Revenue hereby certifies that on application duly made the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63 21 1 Mississippi Code of 1972 and subject to the provisions thereof

MISSISSIPPI DEPARTMENT OF REVENUE

**Exhibit B**



**VOID IF ALTERED**