# United States Bankruptcy Court
## Southern District of Mississippi

In re: **LaFarrah Lee Gholar**  
Debtor(s)

Case No. **25-50556**  
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **June 10, 2025**

**/s/ LaFarrah Lee Gholar**  
**LaFarrah Lee Gholar**  
Signature of Debtor

```
LAFARRAH LEE GHOLAR            DILLARDS                       REPUBLIC FINANCE
PO BOX 997                     PO BOX 6497                    785 US HWY 98
PRENTISS, MS 39474             SIOUX FALLS, SD 57117          COLUMBIA, MS 39429



THOMAS C. ROLLINS, JR.         FAMILY VISION ***              SANTANDER CONSUMER
THE ROLLINS LAW FIRM, PLLC     450 5TH AVE SW                 ATTN: BANKRUPTCY
P.O. BOX 13767                 MAGEE, MS 39111                PO BOX 961245
JACKSON, MS 39236                                             FORT WORTH, TX 76161



1ST FRANKLIN                   FIRST ELECTRONIC BANK          SYNCHRONY BANK
803 US HWY 98 STE B            ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
COLUMBIA, MS 39429             PO BOX 521271                  PO BOX 965060
                               SALT LAKE CITY, UT 84152       ORLANDO, FL 32896



ADELA AGENCY***                GOODLEAP LLC.                  SYNCHRONY BANK
PO BOX 1745                    1410 SW MORRISON ST            ATTN: BANKRUPTCY
HATTIESBURG, MS 39403          PORTLAND, OR 97205             POB 965064
                                                              ORLANDO, FL 32896



AIDVANTAGE                     JAVIA NEWSOME                  TARGET
ATTN: BANKRUPTCY               2800 RIVERVIEW RD              PO BOX 9475
PO BOX 300001                  APT 104                        MINNEAPOLIS, MN 55440
GREENVILLE, TX 75403           BIRMINGHAM, AL 35242



BANK OF AMERICA                MIDLAND FUDING                 TOWER LOAN
ATTN: BANKRUPTCY               2365 NORTHSIDE DRIVE           ATTN: BANKRUPTCY
POB 26012                      STE 300                        PO BOX 320001
GREENSBORO, NC 27410           SAN DIEGO, CA 92108            FLOWOOD, MS 39232



CAPITAL ONE                    NELNET
ATTN: BANKRUPTCY               PO BOX 82561
PO BOX 30285                   LINCOLN, NE 68501
SALT LAKE CITY, UT 84130



COMENITY BAN                   NEW FOUND RENTALS
ATTN: BANKRUPTCY               3262 WESTHEIMER RD
PO BOX 182125                  HOUSTON, TX 77098
COLUMBUS, OH 43218



COMENITY BANK                  NISSAN MOTOR ACCEPTANC
ATTN: BANKRUPTCY               PO BOX 78132
PO BOX 182125                  PHOENIX, AZ 85062-8132
COLUMBUS, OH 43218
```