# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50556          **Case Name:** LaFarrah Lee Gholar

**Set:** 07/08/2025 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Santander Bank, NA (Dkt. #24) - AGREED ORDER TO BE SUBMITTED BY MEYER; CALLED IN BY MEYER

Objection to Confirmation filed by the Trustee (Dkt. #26) - AGREED ORDER TO BE SUBMITTED BY RAWLINGS

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Meyer to submit an Agreed Order on the Objection filed by Santander Bank NA [24]. Rawlings to submit an Agreed Order on the Objection filed by the Trustee [26]. Orders due by 07/22/2025. Confirmation hearing removed. (mcc)