United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50556-KMS
LaFarrah Lee Gholar Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Jul 28, 2025      Form ID: n031      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LaFarrah Lee Gholar, PO Box 997, Prentiss, MS 39474-0997 |
| 5521651 | + | ADELA AGENCY, PO BOX 1745, HATTIESBURG, MS 39403-1745 |
| 5521650 | + | FAMILY VISION, 450 5TH AVE SW, MAGEE, MS 39111-3960 |
| 5499575 | + | Javia Newsome, 2800 Riverview Rd, Apt 104, Birmingham, AL 35242-4748 |
| 5499578 | + | New Found Rentals, 3262 Westheimer Rd, Houston, TX 77098-1002 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5499566 | + | Email/Text: bankruptcy@1ffc.com | Jul 28 2025 19:33:00 | 1st Franklin, 803 Us Hwy 98 Ste B, Columbia, MS 39429-3710 |
| 5507697 | + | Email/Text: bankruptcy@1ffc.com | Jul 28 2025 19:33:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5499567 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 28 2025 19:35:26 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 5525037 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2025 19:35:26 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5499568 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2025 19:32:00 | Bank of America, Attn: Bankruptcy, Pob 26012, Greensboro, NC 27420-6012 |
| 5509479 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2025 19:32:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5499569 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2025 19:35:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5519265 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2025 19:35:23 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5499570 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2025 19:33:00 | Comenity Ban, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5499571 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2025 19:33:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5499572 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2025 19:35:27 | Dillards, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5499573 | + | Email/Text: bankruptcy@firstelectronic.com | Jul 28 2025 19:33:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 5526017 | | Email/Text: bankruptcy@towerloan.com | Jul 28 2025 19:32:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5499574 | + | Email/Text: accountresearch@goodleap.com | Jul 28 2025 19:33:00 | GoodLeap Llc., 1410 Sw Morrison St, Portland, OR 97205-1930 |
| 5519489 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2025 | Form ID: n031 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 28 2025 19:33:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5499576 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2025 19:33:00 | Midland Fuding, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 5499579 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 28 2025 19:32:00 | Nissan Motor Acceptanc, PO Box 78132, Phoenix, AZ 85062-8132 |
| 5499577 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 28 2025 19:33:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5525482 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2025 19:35:29 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5523467 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2025 19:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5523492 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2025 19:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5511368 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2025 19:33:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5499580 | | Email/Text: bankruptcy@republicfinance.com | Jul 28 2025 19:33:00 | Republic Finance, 785 US Hwy 98, Columbia, MS 39429 |
| 5501317 | | Email/Text: bankruptcy@republicfinance.com | Jul 28 2025 19:33:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5524930 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2025 19:35:29 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5499581 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 28 2025 19:33:00 | Santander Consumer, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5510226 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 28 2025 19:33:00 | Santander Consumer USA Inc., Santander Consumer USA Inc., 1601 Elm St., Ste. 800, Dallas, TX 75201-7260 |
| 5499582 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2025 19:35:22 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5499583 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2025 19:35:22 | Synchrony Bank, Attn: Bankruptcy, Pob 965064, Orlando, FL 32896-5064 |
| 5499585 | | Email/Text: bankruptcy@towerloan.com | Jul 28 2025 19:32:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5499584 | + | Email/Text: bncmail@w-legal.com | Jul 28 2025 19:33:00 | Target, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5507919 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 28 2025 19:33:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Bank, N.A., as servicer for Santander Co |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jul 28, 2025 | Form ID: n031 | Total Noticed: 37 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2025                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2025 at the address(es) listed below:

**Name**     **Email Address**

Christopher D Meyer
 on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

David Rawlings
 ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr
 on behalf of Debtor LaFarrah Lee Gholar trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
 USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50556−KMS
**Chapter:** 13

**In re:**

LaFarrah Lee Gholar
aka LaFarrah Gholar, fka LaFarah Newsome
PO Box 997
Prentiss, MS 39474

Notice of Entry of Order Confirming Plan

The Court entered an Order on July 28, 2025 (Dkt. # 35 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 28, 2025                     Danny L. Miller, Clerk of Court