UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
LaFARRAH LEE GHOLAR  
PO Box 997  
Prentiss, MS 39474

CHAPTER 13 PROCEEDING:  
25-50556 KMS

## NOTICE OF MOTION TO INCREASE PLAN PAYMENT

TAKE NOTICE THAT the below-named Trustee has filed a Motion to Increase Debtor's Plan payment and that responses, if any, must be mailed to the Clerk of the United States Bankruptcy Court, 2012 15th Street, Suite 244, Gulfport, MS 39501 with a copy to the United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201 and a copy to the undersigned Chapter 13 Standing Trustee within twenty-one (21) days of the date of this Notice. If no response is filed, then the Court may enter an Order hereon without further hearing on the Motion.

SO NOTICED ON THIS DAY: July 31, 2025

/s/ DAVID RAWLINGS  
DAVID RAWLINGS, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS 39403

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion and Notice of Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day, July 31, 2025.

DEBTOR:

LaFARRAH LEE GHOLAR  
PO Box 997  
Prentiss, MS 39474

ATTORNEY FOR DEBTOR:  
THOMAS C. ROLLINS, JR  
P O Box 13767  
Jackson, MS 39236

U.S. TRUSTEE:  
501 East Court Street  
Suite 6-430  
Jackson, MS 39201

/s/ DAVID RAWLINGS  
DAVID RAWLINGS, TRUSTEE